**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-vs-**                                                                     **Case No. 6:05-cv-1333-Orl-31DAB**

**1846 HONEY DEW COURT, OCOEE, FL**
**& 2001 TOYOTA SEQUOIA,**

       **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Motion to Lift Stay and Notice of Settlement (Doc. No. 41), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that the Motion is GRANTED. The Stay is hereby lifted, and after review of the Stipulated Settlement Agreement (Doc. 41-2), the Court approves same. The Court also retains jurisdiction over the Settlement Agreement. This case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. This case is removed from the March 2007 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 5, 2006.

                                                                                      GREGORY A. PRESNELL
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party